ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 26 AM 8: 13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES C. RAMSEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-34 |
| ) | |
| RONNIE STRENGTH, CORRECTIONAL ) | |
| MEDICAL SERVICES, and FNU ) | |
| WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This case is **DISMISSED** without prejudice.

SO ORDERED this 26th day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE